| | |
|---|---|
| 1 | LAW OFFICES OF JARED E. PETERSON |
| | JARED E. PETERSON (SB# 49700) |
| 2 | jaredep@pacbell.net |
| | 2017 Lincoln Street |
| 3 | Berkeley, California 94709 |
| | Telephone:  (510) 841-4462 |
| 4 | Facsimile:   (510) 841-4464 |

THE DENTE LAW FIRM
MATTHEW S. DENTE (SB# 241547)
matt@dentelaw.com
600 B Street, Suite 1900
San Diego, CA 92101
Telephone:  (619) 550-3475
Facsimile:   (619) 342-9668

**JS-6**

ROBBINS UMEDA LLP
BRIAN J. ROBBINS (SB# 190264)
brobbins@robbinsumeda.com
CONRAD B. STEPHENS (SB# 266790)
cstephens@robbinsumeda.com
600 B Street, Suite 1900
San Diego, CA 92101
Telephone:  (619) 525-3990
Facsimile:   (619) 525-3991

Attorneys for Plaintiffs,
MARINO WILLIAMS, DAVID SYLVESTER,
RICHARD GARWOOD, LISETTE MARTINEZ,
and JOE LIRA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINO WILLIAMS, DAVID SYLVESTER, RICHARD GARWOOD, LISETTE MARTINEZ, and JOE LIRA, on Behalf of Themselves and Those Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>APC WORKFORCE SOLUTIONS II, LLC, GLOW NETWORKS, INC., ZEROCHAOS, and DOES 1 through 50,<br><br>Defendants. | Case Number: SACV 11-0266-AG(MLGx)<br><br>**CLASS ACTION**<br><br>**ORDER TO REMAND ACTION TO STATE COURT**<br><br><br>Judge: Hon. Andrew J. Guilford<br>Hearing Date: April 25, 2011<br>Hearing Time: 10:00 a.m.<br>CTRM: 10D |

| Case No. SACV11-00266 AG (MLGx) | ORDER TO REMAND ACTION TO STATE COURT |
|---|---|

Based upon the concurrently filed Stipulation to Remand Action to State Court, and finding good cause therefore, it is hereby ORDERED that:

The Stipulation is GRANTED.  This Action is hereby remanded to the Superior Court of the State of California for the County of Orange.

Dated: April 05, 2011

_____
Honorable Andrew Guildford
UNITED STATES DISTRICT JUDGE